USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  CHARLES DROWNS,

                         Plaintiff,

          -v-

  THE BOY SCOUTS OF AMERICA, and THE
  GREATER NEW YORK COUNCILS OF
  THE BOY SCOUTS OF AMERICA,

                      Defendants.
------------------------------------------------------------- X

1:20-cv-01983-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on March 5, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b). Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendants are directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: March 9, 2020
New York, New York

                                                          _____
                                                            GREGORY H. WOODS
                                                        United States District Judge