```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  CHARLES DROWNS,                                             :
                                                              :
                                                              :
                                  Plaintiff,                  :
                                                              :            1:20-cv-01983-GHW
                 -v-                                          :
                                                              :                 ORDER
  THE BOY SCOUTS OF AMERICA, and THE                          :
  GREATER NEW YORK COUNCILS OF                                :
  THE BOY SCOUTS OF AMERICA,                                  :
                                                              :
                                  Defendants.                 :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 2, 2020, Defendant Boy Scouts of America (the "BSA") submitted a notice of entry of a Consent Order Pursuant to 11 U.S.C. §§ 105 and 362 Granting the BSA's Motion for a Preliminary Injunction (the "Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Dkt. No. 4. The Order provided for a stay of this action. *Id.* The stay was in place "through and including May 18, 2020, subject to extension by the Bankruptcy Court." *Id.* As of the date of this order, the parties have not provided an update regarding the status of the stay. Defendants are directed to submit a status letter by no later than May 22, 2020.

Defendants are further directed to serve a copy of this order on Plaintiff, and to file proof of service. Plaintiff's counsel is directed to file a notice of appearance in this case forthwith, and in no event later than one week after being served with this order.

SO ORDERED.

Dated: May 19, 2020

_____
GREGORY H. WOODS
United States District Judge